**Form 144**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robin L. Sakonyi
aka Robin L. White**
Debtor(s)

Bankruptcy Case No.: 20−10601−TPA

Chapter: 7
Docket No.: 18

## NOTICE – REMINDER

Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above−captioned case will be closed without an Order of Discharge unless a *Certification of Completion of Instructional Course Concerning Personal Financial Management* (**Official Form B423**) is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c).* The deadline is as follows:

***CHAPTER 7 CASES*** *− − Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: December 28, 2020

Michael R. Rhodes, Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10601-TPA |
| Robin L. Sakonyi | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 28, 2020 | Form ID: 144 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2020:**

**Recip ID         Recipient Name and Address**
db             + Robin L. Sakonyi, 361 Service Ave., Sharon, PA 16146-3168

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 30, 2020        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2020 at the address(es) listed below:

**Name                Email Address**

Brian Nicholas
            on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Lauren M. Lamb
            on behalf of Debtor Robin L. Sakonyi
            julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
            ustpregion03.pi.ecf@usdoj.gov

Tamera Ochs Rothschild
            trothschild@gmx.com  pa70@ecfcbis.com

TOTAL: 4