| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Robin L. Sakonyi** <br> First Name    Middle Name    Last Name | Social Security number or ITIN | **xxx−xx−0474** |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: | **20−10601−TPA** | | |

# Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robin L. Sakonyi
aka Robin L. White

<u>1/13/21</u>

**By the court:**    <u>Thomas P. Agresti</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                          Case No. 20-10601-TPA
Robin L. Sakonyi                                                                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                      User: admin                      Page 1 of 3
Date Rcvd: Jan 13, 2021            Form ID: 318                 Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin L. Sakonyi, 361 Service Ave., Sharon, PA 16146-3168 |
| 15286856 | + | Avalon Country & Golf Club, One American Way, Warren, OH 44484-5531 |
| 15286861 | + | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15286874 | + | PAG&E, 4075 Linglestown Rd., #113, Harrisburg, PA 17112-1020 |
| 15286875 | + | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15286876 | + | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15286877 | + | Professional Account Management, Collection Services Division, P.O. Box 391, Milwaukee, WI 53201-0391 |
| 15286878 | | RMP, LLc, PO Box 630844, Cincinnati, OH 45263-0844 |
| 15286879 | + | Sharp Collections, 114 N. Mercer Avenue, Sharpsville, PA 16150-2211 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 14 2021 06:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2021 03:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 14 2021 06:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2021 03:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jan 14 2021 06:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15286857 | | EDI: BANKAMER.COM | Jan 14 2021 06:03:00 | Bank of America, Po Box 982238, El Paso, TX 79998 |
| 15286858 | + | EDI: BANKAMER.COM | Jan 14 2021 06:03:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15286860 | + | EDI: TSYS2.COM | Jan 14 2021 06:03:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15286859 | + | EDI: TSYS2.COM | Jan 14 2021 06:03:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15286869 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 14 2021 03:05:00 | Citizens Bank, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 15286866 | + | EDI: CITICORP.COM | Jan 14 2021 06:03:00 | Citibank, Po Box 6217, Sioux Falls, SD |

Case 20-10601-TPA    Doc 22    Filed 01/15/21    Entered 01/16/21 00:42:47    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2021 | Form ID: 318 | Total Noticed: 42 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 57117-6217 |
| 15286867 | + EDI: CITICORP.COM | Jan 14 2021 06:03:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15286868 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 14 2021 03:05:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 15286864 | EDI: JPMORGANCHASE | Jan 14 2021 06:03:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15286862 | EDI: JPMORGANCHASE | Jan 14 2021 06:03:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15286871 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 14 2021 03:06:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15286870 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 14 2021 03:06:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15286873 | Email/Text: camanagement@mtb.com | Jan 14 2021 03:06:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15286872 | Email/Text: camanagement@mtb.com | Jan 14 2021 03:06:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 15287299 | + EDI: RMSC.COM | Jan 14 2021 06:03:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15286881 | + EDI: RMSC.COM | Jan 14 2021 06:03:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15286880 | + EDI: RMSC.COM | Jan 14 2021 06:03:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15286883 | + EDI: RMSC.COM | Jan 14 2021 06:03:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15286882 | + EDI: RMSC.COM | Jan 14 2021 06:03:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15286885 | + EDI: RMSC.COM | Jan 14 2021 06:03:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15286884 | + EDI: RMSC.COM | Jan 14 2021 06:03:00 | Synchrony Bank/American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15286886 | + EDI: RMSC.COM | Jan 14 2021 06:03:00 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15286887 | + EDI: RMSC.COM | Jan 14 2021 06:03:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15286889 | + EDI: RMSC.COM | Jan 14 2021 06:03:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15286888 | + EDI: RMSC.COM | Jan 14 2021 06:03:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15286892 | + EDI: RMSC.COM | Jan 14 2021 06:03:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15286890 | + EDI: RMSC.COM | Jan 14 2021 06:03:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15286893 | + EDI: WTRRNBANK.COM | Jan 14 2021 06:03:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15286894 | + EDI: WTRRNBANK.COM | Jan 14 2021 06:03:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15286895 | + Email/Text: BankruptcyNotice@upmc.edu | Jan 14 2021 03:08:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |

| District/off: 0315-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2021 | Form ID: 318 | Total Noticed: 42 |
| TOTAL: 35 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15286865 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15286863 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15286891 | *+ | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Robin L. Sakonyi julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Tamera Ochs Rothschild | trothschild@gmx.com  pa70@ecfcbis.com |

TOTAL: 4